UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SOLECTRON CORPORATION SECURITIES LITIGATION<br>                    Plaintiff(s),<br><br>             v.<br><br>_____ Defendant(s). _____ / | Master File No.<br>CASE NO.  C-03-986-CRB<br><br>(~~Proposed~~)<br>ORDER GRANTING APPLICATION<br>FOR ADMISSION OF ATTORNEY<br>*PRO HAC VICE* |

Kay E. Sickles, an active member in good standing of the bar of Pennsylvania and New Jersey, whose business address and telephone number is Schiffrin & Barroway, 280 King of Prussia Road, Radnor, PA 19087, (610) 667-7706, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Lead Plaintiffs Johnson Asset Management and George E. Scharpf

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: March 01, 2006

The Honorable Charles R. Breyer
United States District Judge