1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

NORTHERN DISTRICT OF CALIFORNIA

9

| | | |
|---|---|---|
| 10 | In re SOLECTRON CORPORATION SECURITIES LITIGATION | ) ) |
| 11 | | ) ) |
| 12 | This Document Relates To: | ) ) |
| 13 | ALL ACTIONS. | ) ) |
| 14 | | ) |

Master File No. C-03-0986-CRB

[PROPOSED] ORDER APPROVING PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS

DATE:        March 3, 2006
TIME:         10:00 a.m.
COURTROOM:  The Honorable
                        Charles R. Breyer

15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    THIS MATTER having come before the Court on Lead Plaintiffs' application for approval of

2    the Plan of Allocation of the net settlement proceeds in the above-captioned action; the Court having

3    considered all papers filed and proceedings had herein and otherwise being fully informed in the

4    premises;

5    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

6    1.    For purposes of this Order, the terms used herein shall have the same meanings as set

7    forth in the Stipulation of Settlement dated as of November 11, 2005 (the "Stipulation").

8    2.    Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil

9    Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all

10   Persons and entities who are Class Members advising them of the Plan of Allocation and of their

11   right to object thereto, and a full and fair opportunity was accorded to all Persons and entities who

12   are Class Members to be heard with respect to the Plan of Allocation.

13   3.    The Court hereby finds and concludes that the formula for the calculation of the

14   claims of Authorized Claimants which is set forth in the Notice of Pendency and Proposed

15   Settlement of Class Action (the "Notice") sent to Class Members, provides a fair and reasonable

16   basis upon which to allocate the proceeds of the Net Settlement Fund established by the Stipulation

17   among Class Members, with due consideration having been given to administrative convenience and

18   necessity.

19

20

21

22

23

24

25

26

27

28

1        4.      The Court hereby finds and concludes that the Plan of Allocation set forth in the

2   Notice is in all respects fair and reasonable and the Court hereby approves the Plan of Allocation.

3   IT IS SO ORDERED.

4

5   DATED:  __March 03, 2006_____

6                                                            THE HONORABLE CHARLES R. BREYER
                                                             UNITED STATES DISTRICT JUDGE
7

8   Submitted by:

9   GREEN WELLING LLP
    ROBERT S. GREEN
10  235 Pine Street, 15th Floor
    San Francisco, CA  94104
11  Telephone:  415/477-6700
    415/477-6710 (fax)

12  Liaison Counsel

13  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
14  SAMUEL H. RUDMAN
    DAVID A. ROSENFELD
15  58 South Service Road, Suite 200
    Melville, NY  11747
16  Telephone:  631/367-7100
    631/367-1173 (fax)
17

18  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
19  JOY ANN BULL

20

21  _____s/ JOY ANN BULL_____
                  JOY ANN BULL

22  655 West Broadway, Suite 1900
23  San Diego, CA  92101
    Telephone:  619/231-1058
24  619/231-7423 (fax)

25

26

27

28