IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SOLECTRON CORPORATION SECURITIES LITIGATION _____/ This Document Relates To:     ALL ACTIONS. _____/ | No. C 03-986 CRB **ORDER AWARDING FEES AND EXPENSES** |

    Now pending before the Court is plaintiffs' counsel's motion for an award of attorneys' fees and reimbursement of expenses from the $15,000,000.00 Settlement Fund. After considering the papers filed by the plaintiffs, and having received supplemental declarations regarding counsel's lodestar, the Court awards Lead Counsel reimbursement of expenses in the aggregate amount of $483,772.05. The Court also awards Lead Counsel attorneys' fees in the total amount of $3,629,057.00. This amount consists of approximately 25% of the Settlement Fund after deduction of expenses.

    The awarded attorneys' fees and expenses shall be paid to Lead Counsel from the Settlement Fund immediately after the date of this Order pursuant to the Stipulation of

//

//

Settlement dated as of November 11, 2005, and in particular, paragraph 6.2.

**IT IS SO ORDERED**

Dated: March 16, 2005



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE