United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE SOLECTRON CORPORATION
SECURITIES LITIGATION

_____/

No. C 03-00986 CRB

**ORDER**

The Court has received a Notice of Clearly Erroneous Determination of Ineligibility from Dr. Cyrus Farrehi, Claim Number 2036838.  Plaintiff's counsel is hereby ORDERED to provide the Court with its response no later than July 7, 2006.

**IT IS SO ORDERED.**

Dated: July 5, 2006

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\0986\order 3 claim eligibility.wpd